# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

**ROBERT LUDLOW**,                                  *   **CIVIL ACTION NO. 10-0818**
individually and on behalf of all others
similarly situated**,**


**vs.**                                            *   **JUDGE**
                                                       **RICHARD T. HAIK, SR.**

**BP, PLC;**
**BP AMERICA, INC.;**
**ANTHONY HAYWARD;**                               *   **MAGISTRATE JUDGE**
**ANDY INGLIS;**                                       **C. MICHAEL HILL**
**CARL-HENRIC SVANBERG;**
**H. LAMAR MCKAY;**
**WILLIAM CASTELL;**
**PAUL ANDERSON;**
**ANTONY BURGMANS;**
**CYNTHIA CARROLL;**
**and ERROLL B. DAVIS, JR.**

---

# DECLARATION OF MARK C. MOLUMPHY IN SUPPORT OF MOTION
# OF THE LUDLOW PLAINTIFFS FOR

## (1) APPOINTMENT AS LEAD PLAINTIFFS; AND

## (2) APPROVAL OF LEAD PLAINTIFFS'
## CHOICE OF COUNSEL

I, Mark C. Molumphy, declare as follows:

1.      I am an attorney at law and a partner at the law firm of Cotchett, Pitre & McCarthy, counsel for plaintiff Robert Ludlow and movants Peter D. Lichtman, Leslie J. Nakgiri, and Paul Huyck (collectively, the "Ludlow Plaintiffs").  I am admitted *pro hac vice* before this Court, and associated with James Roy and Calvin Fayard, Jr.  I have personal knowledge of the matters stated herein.

2.      Attached hereto as **Exhibit A** is the Lead Plaintiff Certification of **Robert H. Ludlow, Jr.**, which was attached to the complaint in *Ludlow v. BP plc, et al.*, Case No. 10-0818-RTH.

3.      Attached hereto as **Exhibit B** is the Lead Plaintiff Certification of **Peter D. Lichtman** pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").

4.      Attached hereto as **Exhibit C** is the Lead Plaintiff Certification of **Leslie J. Nakagiri** pursuant to the PSLRA.

5.      Attached hereto as **Exhibit D** is the Lead Plaintiff Certification of **Paul Huyck** pursuant to the PSLRA.

1

6.     Attached hereto as **Exhibit E** is the Notice of Pendency of Class Action Lawsuit issued by Cotchett, Pitre & McCarthy and Domengeaux Wright Roy & Edwards, counsel for Mr. Ludlow, indicating that the deadline to file a motion for lead plaintiff is <u>July 20, 2010</u>.

7.     Attached hereto as **Exhibit F** is the firm résumé and certain individuals of the law firm of **Cotchett, Pitre & McCarthy**.

8.     Attached hereto as **Exhibit G** is the firm résumé and certain individuals of the law firm of **Domengeaux Wright Roy & Edwards**.

9.     Attached hereto as **Exhibit H** is the firm résumé and certain individuals of the law firm of **Fayard & Honeycutt, APC**.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of July, 2010, at Burlingame, California.

*s/ Mark C. Molumphy*

MARK C. MOLUMPHY *(pro hac vice)*
(CA Bar # 168009)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010

**DOMENGEAUX WRIGHT ROY & EDWARDS**

**FAYARD & HONEYCUTT, APC**

*Attorneys for Plaintiff Robert Ludlow, Movants Peter D. Lichtman, Leslie J. Nakagiri, Paul Huyck and Proposed Lead Class Counsel*

CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2010, a copy of the foregoing Declaration of Mark C. Molumphy in Support of Motion of the Ludlow Plaintiffs for (1) Appointment as Lead Plaintiffs; and (2) Approval of Lead Plaintiffs' Choice of Counsel was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants: SEE ATTACHED SERVICE LIST.

*s/Mark C. Molumphy*

SERVICE LIST

## Individual Defendants

**H Lamar McKay**
11711 Empress Oaks Court
Houston, TX 77082

**Erroll B Davis, Jr**
2881 Peachtree Road, NE
Apt. 2403
Atlanta, GA 30305

**Anthony Hayward**
1st. James Sqaure
London SW1Y 4PD
United Kingdom

**Andy Inglis**
1st. James Sqaure
London SW1Y 4PD
United Kingdom

**William Castell**
Gibbs Building
215 Euston Road
London NW1 2BE
United Kingdom

**Carl-Henric Svanberg**
1 St. James Square
London SW1Y 4PD
United Kingdom

**Paul Anderson**
1 St. James Square
London SW1Y 4PD
United Kingdom

**Anthony Burgmans**
1 St. James Square
London SW1Y 4PD
United Kingdom

**Cynthia Carroll**
200 Carlton House Terrace
London SW1Y 5AN
United Kingdom

## Courtesy Copies:

J. Andrew Langan
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, IL 60654

*Attorneys for Defendant*
*BP America Inc., BP p.l.c., BP, P.l.c.*

Telephone: (312) 862-2064
Facsimile: (312) 862-2200
E-mail: andrew.langan@kirkland.com

Richard C. Pepperman, II
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

*Attorneys for Individual Defendants*

Telephone: (212) 558-4000
Facsimile: (212) 291-9113
E-Mail: peppermanr@sullcrom.com

Exhibit A

### CERTIFICATION PURSUANT
### TO FEDERAL SECURITIES LAWS

1.     I, Robert H. Ludlow, Jr., on behalf of the Robert H. Ludlow, Jr. 1999 Revocable

Trust, make this Declaration pursuant to Section 21D(a)(2) of the Securities Exchange Act of

1934, as amended by the Private Securities Litigation Reform Act of 1995.

2.     I have reviewed the Complaint against BP plc and others and authorize a filing of

the Complaint on my behalf.

3.     I did not purchase the subject BP securities at the direction of plaintiffs' counsel

or in order to participate in any private action arising under the Securities Exchange Act of 1934.

4.     I am willing to serve as a representative party on behalf of a Class as set forth

in the Complaint, including providing testimony at deposition and trial, in necessary.  I

understand that the Court has the authority to select the most adequate lead plaintiff in this action

and that my counsel may exercise its discretion in determining whether to move on my behalf for

appointment as lead plaintiff.

5.     To the best of my current knowledge, the attached sheet lists all of my

transactions in the American Depository Receipts of BP plc during the Class Period as specified

in the Complaint.

6.     During the three-year period proceeding the date on which this Certification is

signed, I have not sought to serve as a representative party on behalf of a class under the federal

securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury that the foregoing is true and correct.


Executed _____, at _____
          (Date)               (City, State)

_____
(Signature)

Robert H. Ludlow, Jr., on behalf of the
Robert H. Ludlow, Jr. 1999 Revocable Trust
(Type or Print Name)

## SUMMARY OF PURCHASES AND SALES

| DATE | PURCHASE OF SALE | NUMBER OF SHARES | PRICE PER SHARE |
|---|---|---|---|
| 01/04/2010 | Purchase | 200 | $52.15 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Exhibit B

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Peter D. Lichtman, make this Declaration pursuant to Section 21D(a)(2) of the

Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of

1995.

2.      I have reviewed the Class Action Complaint filed by Robert H. Ludlow, Jr.,

against BP plc and others.

3.      I did not purchase the subject BP securities at the direction of plaintiffs' counsel

or in order to participate in any private action arising under the Securities Exchange Act of 1934.

4.      I am willing to serve as a representative party on behalf of a Class as set forth

in the Complaint, including providing testimony at deposition and trial, if necessary.  I

understand that the Court has the authority to select the most adequate lead plaintiff in this action

and that my counsel may exercise its discretion in determining whether to move on my behalf for

appointment as lead plaintiff.

5.      To the best of my current knowledge, the attached sheet lists all of my

transactions in the American Depository Receipts of BP plc during the Class Period as specified

in the Complaint.  The transactions involved various accounts, including my IRA account, a trust

account for my benefit, and two trust accounts for the benefit of my minor children.

6.      During the three-year period proceeding the date on which this Certification is

signed, I have not sought to serve as a representative party on behalf of a class under the federal

securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class as ordered or approved by the Court.

8.    I declare under penalty of perjury that the foregoing is true and correct.

Executed ___July 13, 2010___, at ___San Marino, Calif.___
            (Date)                          (City, State)

_____
(Signature)

Peter D. Lichtman
(Type or Print Name)

### SUMMARY OF PURCHASES AND SALES
### PETER D. LICHTMAN SEPARATE PROPERTY TRUST

| DATE | PURCHASE OF SALE | NUMBER OF SHARES | PRICE PER SHARE |
|---|---|---|---|
| 07/01/2009 | Purchase | 1,100 | 48.71 |
| 07/20/2009 | Purchase | 625 | 49.82 |
| 10/01/2009 | Purchase | 325 | 52.50 |
| 12/29/2009 | Purchase | 1,290 | 58.60 |
| 01/19/2010 | Purchase | 710 | 62.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## SUMMARY OF PURCHASES AND SALES
## PETER D. LICHTMAN IRA

| DATE | PURCHASE OF SALE | NUMBER OF SHARES | PRICE PER SHARE |
|---|---|---|---|
| 09/17/2009 | Purchase | 500 | 55.75 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## SUMMARY OF PURCHASES AND SALES
## CATHERINE LICHTMAN, UTMA/CA

| DATE | PURCHASE OF SALE | NUMBER OF SHARES | PRICE PER SHARE |
|---|---|---|---|
| 10/01/2009 | Purchase | 150 | 53.60 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## SUMMARY OF PURCHASES AND SALES
## CAROLINE LICHTMAN, UTMA/CA

| DATE | PURCHASE OF SALE | NUMBER OF SHARES | PRICE PER SHARE |
|------|------------------|------------------|-----------------|
| 10/01/2009 | Purchase | 150 | 53.60 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Exhibit C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, Les J. Nakagiri, make this Declaration pursuant to Section 21D(a)(2) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed the Class Action Complaint filed by Robert H. Ludlow, Jr., against BP plc and others.

3. I did not purchase the subject BP securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Exchange Act of 1934.

4. I am willing to serve as a representative party on behalf of a Class as set forth in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action and that my counsel may exercise its discretion in determining whether to move on my behalf for appointment as lead plaintiff.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in the American Depository Receipts of BP plc during the Class Period as specified in the Complaint.

6. During the three-year period proceeding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.     I agree not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class as ordered or approved by the Court.

8.     I declare under penalty of perjury that the foregoing is true and correct.

Executed ___7/14/2010___, at ___Dixon, California___
              (Date)                        (City, State)

_____
                        (Signature)

Les J. Nakagiri_____
                        (Type or Print Name)

## SUMMARY OF PURCHASES AND SALES

| DATE | PURCHASE OF SALE | NUMBER OF SHARES | PRICE PER SHARE |
|---|---|---|---|
| 04/12/2010 | Purchase | 1,000 | $59.50 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

# Exhibit D

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.     I, Paul Huyck, make this Declaration pursuant to Section 21D(a)(2) of the

Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of

1995.

2.     I have reviewed the Class Action Complaint filed by Robert H. Ludlow, Jr.,

against BP plc and others.

3.     I did not purchase the subject BP securities at the direction of plaintiffs' counsel

or in order to participate in any private action arising under the Securities Exchange Act of 1934.

4.     I am willing to serve as a representative party on behalf of a Class as set forth

in the Complaint, including providing testimony at deposition and trial, if necessary. 1

understand that the Court has the authority to select the most adequate lead plaintiff in this action

and that my counsel may exercise its discretion in determining whether to move on my behalf for

appointment as lead plaintiff.

5.     To the best of my current knowledge, the attached sheet lists all of my

transactions in the American Depository Receipts of BP plc during the Class Period as specified

in the Complaint.

6.     During the three-year period proceeding the date on which this Certification is

signed, I have not sought to serve as a representative party on behalf of a class under the federal

securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the Class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed _____7/13/10_____, at _____VISTA, CALIFORNIA_____
          (Date)                        (City, State)

                                        (Signature)

                                   Paul Huyck
                                   (Type or Print Name)

**SUMMARY OF PURCHASES AND SALES**
**PAUL D. HUYCK & LESLIE BOGAN-HUYCK TRUST DATED 0/23/1995**

| DATE | PURCHASE OF SALE | NUMBER OF SHARES | PRICE PER SHARE |
|---|---|---|---|
| 04/07/2010 | Purchase | 1,000 | $58.89 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit E

**COTCHETT, PITRE & McCARTHY AND DOMENGEAUX WRIGHT ROY & EDWARDS FILE CLASS ACTION SUIT AGAINST BP, PLC AND BP AMERICA, INC.**

LAFAYETTE – (BUSINESS WIRE) – May 21, 2010 – Cotchett, Pitre & McCarthy and Domengeaux Wright Roy & Edwards today announced that a class action lawsuit has been filed in the United States District Court for the Western District of Louisiana on behalf of all purchasers of American Depository Receipts ("ADRs") in BP, plc ("BP") (NYSE: BP) between March 4, 2009 and April 20, 2010, inclusive (the "Class Period").

The Complaint alleges that BP and certain of its officers and directors made false and misleading statements and/or omissions in violation of Sections 10(b) and 20(a) of the Exchange Act regarding its safety and risk management practices, including those relating to its extensive operations in the Gulf of Mexico. The Complaint alleges that, contrary to BP's assurances to investors, BP disregarded repeated warnings concerning its drilling operations, failed to implement appropriate safety or risk management practices, rendering it highly exposed in the event of an accident or other operational failure. The Complaint further alleges that, in the months leading up to the Deepwater Horizon disaster, BP knew about and failed to correct breaches of safety protocols. The Complaint alleges that BP's true practices were revealed on and after April 20, 2010, in the aftermath of the Deepwater Horizon disaster, and that, as a result, the price of BP ADRs dropped approximately 20% on extremely heavy volume.

If you are a member of the class described above, you may, not later than sixty days from today, May 21, 2010, move the Court to serve as lead plaintiff of the class. If you wish to discuss this action or have any questions concerning this notice or your rights or interests with respect to these matters, you may contact Cotchett, Pitre & McCarthy, 840 Malcolm Road, Suite 200, Burlingame, California 94010 or visit the website at www.cpmlegal.com.

Contact:
    Cotchett, Pitre & McCarthy
    840 Malcolm Road
    Suite 200
    Burlingame, California 94010
    Telephone: (650) 697-6000
    E-mail: www.cpmlegal.com

Exhibit F



Home        About Us        News        Cases        Attorneys

**Practice areas:**

Antitrust

Aviation

Business

Construction

Consumer Fraud

Elder Abuse

Employment

Environmental and Toxic

First Amendment

Injury

Insurance

Intellectual Property

Product Liability

Qui Tam

Securities

Wage and Hour

Wrongful Death

 Newsletters

## About Cotchett, Pitre & McCarthy

**Cotchett, Pitre & McCarthy,** based on the San Francisco Peninsula for over 40 years, engages exclusively in litigation. The firm's dedication to prosecuting or defending socially just actions has earned it both a national and statewide reputation. With offices in Burlingame, Los Angeles, New York and the Washington D.C. area, the core of the firm is its people and their dedication to principles of law, their work ethic and commitment to justice.

The key to the success of the firm is its staff and innovative approach to litigate complex matters in a cost effective and efficient manner. All too often, legal matters can draw out for years — but Cotchett, Pitre & McCarthy consistently tackles this problem head-on with its teamwork approach to obtaining good and reasonable resolutions. Litigating difficult and complex matters is a challenge to the firm and its staff.

Clients include individuals, corporations, profit and non-profit, municipalities and public entities, unions and representatives, banks, business people, doctors, professional people, policy holders, homeowners, shareholders and consumers — all in litigation before the courts.

> "The Cotchett firm has few peers that equal their ability in litigation. Their commitment to the cause of justice and their ethical standards stand apart. They are people who give back to the community and give lawyers a good name."
>
> — Hon. Melvin Cohn, Judge Retired

Legal notice
This web site contains attorney advertising. Prior results do not guarantee a similar outcome. The choice of a law firm is extremely important and should not be based on advertisements. A potential client should look at the prior history of our firm and its role in society and the community, and our commitment to the cases we take. All potential clients are urged to make their own independent investigation and evaluation of our firm. This site contains general information and not legal advice.

# JOSEPH W. COTCHETT

Member of Firm

## COTCHETT, PITRE & McCARTHY
Burlingame, CA

## EDUCATION

B.S. Engineering, California Polytechnic College (1960)
L.L.B. Hastings College of Law, University of California (1964)

## PROFESSIONAL

**Honors:**   Fellow, American College of Trial Lawyers
Fellow, International Academy of Trial Lawyers
    Board of Directors (1997-Present)
Fellow, International Society of Barristers
Fellow, American Bar Foundation
Fellow, Roscoe Pound Foundation
Advocate, American Board of Trial Advocates
    National Board of Directors (1999-)
Trial Advocate, National Board of Trial Advocacy

**Member:**   State Bar of California
    Board of Governors (1972-1975)

American Bar Association
    Litigation Section
    Vice Chair, Committee on Commercial Torts,
    Section of Tort and Insurance Practice (1988-1989)

San Mateo County Bar Association
    Director (1969-1972)
    Legal Aid Society

California Trial Lawyers Association
    Board of Governors (1969-1972)

Association of Trial Lawyers of America
    Chairperson, Federal Courts Committee (1979-1982)
    Board of Governors (1982-1985)

Trial Lawyers for Public Justice
Citizens Legal Clinic, Washington, D.C.
    Board of Directors (1982 - Present); President (1987)

Witkin Legal Institute
    Advisory Board (1996 - 2005)

Public Citizen Foundation
    Board of Directors (1996 - 2008)

**Appointed:**  California Judicial Council
(1976-1978) *Appointed by State Bar Board*
University of California, Hastings College of Law,
Board of Directors, (1981-1993) *Appointed by Governor*
California Commission on Judicial Performance
(1985-1988) *Appointed by State Bar Board*
California Commission on the Future of the Courts
(1991-1994) *Appointed by Chief Justice*
California Select Committee on Judicial Retirement
(1992-1995) *Appointed by Chief Justice*
California Complex Civil Litigation Task Force
(1997 - 2000) *Appointed by Chief Justice*
Federal Judicial Advisory Committee - Central District - California
(2000-Present) *Appointed by U.S. Senators Boxer and Feinstein*
California Blue Ribbon Commission on Children in Foster Care
(2006-Present) *Appointed by Chief Justice*
California Commission for Impartial Courts
(2007-Present) *Appointed by Chief Justice*

**Courts:**  California Supreme Court (1965)
United States Supreme Court (1972)
District of Columbia Bar (1980)
New York Bar (2006)

**Author:**  California Products Liability Actions
Matthew Bender (1970)
California Courtroom Evidence
Lexis Nexis (1972)
Federal Courtroom Evidence
Lexis Nexis (1976)
Persuasive Opening Statements and Closing Arguments
California Continuing Education of the Bar (1988)
The Ethics Gap
Parker & Son Publications (1991)
California Courtroom Evidence Foundations
Lexis Nexis (1993)

Various Law Review Articles

**Lecturer:**  CEB Annual Federal Trial Practice Institute 1985-1992
CEB Federal Practice Institute, 1985-1995
Hastings Center for Advocacy, Trial Practice, 1985
National College of Advocacy: Univ. of Nevada,
Reno, 1979 (Federal Evidence);
1977 (Multidistrict Procedure)
Georgetown Univ., Washington, D.C.
1978 (Securities Litigation)
Univ. of Southern Calif., Los Angeles,
1975 (Class Actions)
Harvard Univ., Cambridge, Mass.
1974 (Antitrust Actions)
Lecturer, CEB, ABTL, ABA, and other Professional Panels

**CIVIC**     San Mateo County Heart Association
                     Board of Directors (1965-1970)
                     County of Heart Fund Chairperson (1967-1969)

              San Mateo Boys & Girls Club
                     Board of Directors (1967-1987, President 1971)

              Peninsula Association of Retarded Children and Adults
                     Board of Directors (1979-1981)

              Bay Meadows Charitable Foundation
                     Board of Directors (1995 - Present)

              California State Parks Commission
                     (1999 - 2007)
                     Chairman (2001 - 2002)

              Disability Rights Advocates
                     Board of Directors (1992-2000)

              Earthjustice
                     Board of Directors (2003-2005)

**MILITARY**  United States Army Reserves - COLONEL - JAG Corps (Retired)
              Former Special Forces Airborne Officer
              Awarded, Legion of Merit for Distinguished Service

# MARK C. MOLUMPHY

Member of Firm

## COTCHETT, PITRE & McCARTHY
Burlingame, CA

## EDUCATION

B.S. Political Science, University of California, Berkeley (1989)
International Relations & Economic Studies, Edinburgh University, Edinburgh, Scotland
J.D., University of San Francisco (1993)

## PROFESSIONAL

| | |
|---|---|
| Honors: | Community Service Award by the Jack Berman Advocacy Center of the American Jewish Congress for work on the landmark 101 California Shooting Litigation (1996) |
| | Parca's Angel Award 2008 |
| Member: | American Bar Association |
| | State Bar of California |
| | Association of Business Trial Lawyers |
| | Association of Trial Lawyers of America |
| | University of San Francisco Inns of Court |
| | San Mateo County Bar Association |
| | Court Appointed Arbitrator for the County of San Mateo |
| | Legal Aid Society of San Mateo County |
| Courts: | California Supreme Court |
| | United States Supreme Court |
| | Ninth Circuit Court of Appeals |
| Articles/ Speaker: | *Punitive Damages: How Much is Enough?* Civil Litigation Reporter, CEB 1998 |
| | *Strategic Tips for Successfully Propounding and Opposing Written Discovery* (1999) |
| | *Punitive Damages: Maximizing Your Client's Success Or Minimizing your Client's Exposure* (2001) |
| | *Developments in Class Action Litigation* (2005) |
| | *FDA – Key Issues Facing Life Sciences Companies* (2009) |
| Representative Cases: | *In re Apple Derivative Litigation* |
| | *San Mateo County Investment Pool v. Richard S. Fuld, Jr., et al. (Lehman)* |
| | *In re Mutual Funds Investment Litigation, (Janus*) |
| | *In re Informix Derivative Litigation* |
| | *In re Sybase Derivative Litigation* |
| | *In re Rational Derivative Litigation* |
| | *In re Patriot American Hospitality, Inc. Securities Litig. (Bay Meadows)* |

# NANCY LEAVITT FINEMAN

Member of Firm

## COTCHETT, PITRE & McCARTHY
Burlingame, CA

## EDUCATION

B.S. Political Science, University of California, Berkeley (1981)
Hastings College of the Law (attended 1983-84)
J.D., Boalt School of Law (1986)

## PROFESSIONAL

| | |
|---|---|
| Member: | Association of Business Trial Lawyers |
| | California Women Lawyers |
| | Consumer Attorneys of California |
| | San Mateo County Bar Association (Board of Directors, |
| | Member Multi-Option ADR Project) |
| | |
| Courts: | California Supreme Court |
| | United States Supreme Court |
| | Ninth Circuit Court of Appeals |
| | All District Courts in California |
| | |
| Articles/ Speaker: | CEB Torts Practice: Recent Developments, 2001-2009 (Speaker) |
| | *Facing Conflicts of Interest in Troubled Times*, 2009 (Speaker) |
| | *Winning Your First Civil Trial*, 2008 (Speaker & author) |
| | *Building Your Trial Skills*, 2006 (Speaker & author) |
| | *How to Litigate Your First Civil Trial in California*, 2003-2004 (Speaker & author) |
| | *Ethical Issues Before and During Trial*, 2006 (Speaker & author) |
| | Class Actions: A Federal and State Court Comparison, 2000 (Speaker) |
| | *Paralegals and the Litigation Team in California*, 1999 (Speaker & author) |
| | CAOC Seminars on Fen-Phen Litigation, 1999 (Speaker) |
| | The Small Firm Alternative, 1998 (Speaker) |
| | Who's Liable for What in Sexual Harassment Cases, 1998 (Speaker) |
| | *Enron, Arthur Anderson and Wall Street, Slain by Trial Lawyers*, 2003 (Co-author with Joseph Cotchett) |
| | *Developing Damage Theories in Commercial Class Actions*, 2000 (Co-author with Joseph Cotchett) |
| | |
| Representative Cases: | *In re Homestore.com Securities Litigation* |
| | *In re Natural Gas Antitrust Cases - I, II, III and IV* |
| | *County of Santa Clara, et al. v. Atlantic Richfield, et al.* |
| | *In re Wachovia Securities LLC Wage and Hour Litigation* |
| | *Clare Milne, et al. v. Stephen Slesinger, Inc., et al.* |
| | *In Re: Diet Drug Cases* |
| | *City of Santa Cruz v. Pacific Gas & Electric Co.* |

# ARON K. LIANG

Member of Firm

## COTCHETT, PITRE & McCARTHY
Burlingame, CA

## EDUCATION

B.S. in Political Science, University of Washington (1999)
J.D., University of California Hastings School of Law (2003)

## PROFESSIONAL

| | |
|---|---|
| Honors: | Thurston Honor Society<br>Order of the Coif |
| Member: | San Mateo County Bar Association<br>Asian American Bar Association of the Greater Bay Area<br>American Bar Association<br>Consumer Attorneys of California |
| Courts: | All California State Courts<br>U.S. District Court, Northern District of California<br>U.S. District Court, Central District of California |

Representative
Cases:      *CalSTRS v. AOL Time Warner*
            *CalSTRS v. Qwest*
            *Regents of the University of California v. Solomon Smith Barney (Worldcom)*
            *In re SRAM Antitrust Litigation*
            *In re International Air Transportation Surcharge Antitrust Litigation*

# IMTIAZ A. SIDDIQUI

Member of Firm

## COTCHETT, PITRE & McCARTHY
Burlingame, CA

## EDUCATION

B.S. in biology with a chemistry minor from The College of New Jersey (formerly
Trenton State College) (1998)
J.D. *cum laude* from Tulane University Law School (2003)

## PROFESSIONAL

| | |
|---|---|
| Member: | New York State Bar Association |
| | Association of the Bar of the City of New York. |

| | |
|---|---|
| Courts: | All State of New York Courts |
| | U.S. District Courts for the Eastern District of New York |
| | U.S. District Courts for the Southern District of New York |
| | U.S. Court of Appeals for the Second Circuit |
| | U.S. Court of Appeals for the Sixth Circuit |

Articles/
Speaker: *Dial One of the Mid-South, Inc. v. BellSouth Telecommunications, Inc.*:
The Fifth Circuit Rejects Incorporation of Actual Malice into Lanham Act,
4 Tul. J. Tech. & Intell. Prop. 245 (Spring 2002)

Representative
Cases: *In re Federal Home Loan Mortgage Corporation (Freddie Mac) Securities
Litigation*
*Wexler v. KPMG LLP, et al., Ryan v. Friehling & Horowitz, P.C., et al.,
McBride v. KPMG Int'l, et al., Greenberg v. Friehling & Horowitz, P.C.,
et al. (Madoff Litigation)*
*San Mateo County Investment Pool v. Richard S. Fuld, Jr., et al. (Lehman)*

Exhibit G



DOMENGEAUX  WRIGHT  ROY  &  EDWARDS, L.L.C.

ATTORNEYS AT LAW

**JAMES PARKERSON ROY**



**DOMENGEAUX WRIGHT ROY & EDWARDS, LLC**
Post Office Box 3668
Lafayette, Louisiana 70502-3668
337/233-3033
337/233-2796 (FAX)
www.wrightroy.com
jimr@wrightroy.com

**LAW PRACTICE**: Managing Member of Domengeaux Wright Roy & Edwards LLC, Post Office Box 3668, Lafayette, LA 70502-3668; 337/233-3033; 800/375-6186; E-mail: jimr@wrightroy.com; Web site: www.wrightroy.com. Admitted to Louisiana Bar, 1976. Admitted to practice before all State and Federal Courts in Louisiana, the U. S. Fifth Circuit Court of Appeal, and the United States Supreme Court.

**PRIMARY PRACTICE AREAS:** Maritime law; Personal Injury and Civil Litigation; Complex Litigation; and Class Actions.

**HONORS**: Martindale-Hubbell **"AV" rating** [Highest possible peer reviewed rating for ethical standards and legal ability], Listed In **The Best Lawyers in America** (Maritime Law and Personal Injury Litigation), since 2001, National Law Journal **"Litigator of the Month"**, August 20, 2001, for $43 million dollar jury verdict in Seth A. Becker v. Tidewater, Inc., et al; USDC, WDLA, CV #99-1198; **"International Academy of Trial Lawyers"** ( Fellow since 2002 and Member, Board of Directors, 2006-____. IATL is limited to 500 active members from both the defense and plaintiff Bars); **"Louisiana Super Lawyers"** 2007 through 2010" (**"Top Fifty"** 2007-2010); **The American Trial Lawyers Association, 2009-2010 Top 100 Trial Lawyers; President of the Louisiana Association For Justice** (Formerly Louisiana Trial Lawyers Association, 1990-91, Recipient of the 1989 Louisiana Trial Lawyers Association President's Award, Recipient of the 1988 Louisiana Trial Lawyers Association Leadership Award; and recognized in Lawdragon Top 3000 Leading Plaintiffs' Lawyers in America (2007 & 2008).

**PUBLIC SERVICE**: Member (since 2005), Louisiana State University Board of Supervisors, Chairman (2008-2009); and LSU Law School Alumni Board of Trustees (Member, 2002-____, Annual Fund Chairman, 2006-2008). 232-HELP/211 (Member of Executive Committee and Board). The Jewell Lowe Foundation (Chairman).

**REPORTED CASES**: *Viator v. Liverpool & London Steamship Protection and Indem. Ass'n.*, 701 So. 2d 487 (La. 3rd Cir. 1997); writ denied 712 So. 2d 880 (La. 1998); *Becker v. Tidewater, Inc.*, 335 F. 3rd 376 (2003) ["Becker I"]; and 405 F. 3rd 257 (2005) ["Becker II"].

**EDUCATION**: Louisiana State University (B.S., 1973; J.D., 1976; Georgetown University (LL.M., 1977).

-1-

**MEMBER**: Member, Alumni, Board of Trustees, LSU Law Center (2002-___); LSU 1860 Society, LSU Foundation, LSU Alumni Association, LSU Tiger Athletic Foundation, Louisiana Trial Lawyers Association, Lifetime Member, Sustaining Member, (President, 1990-91; President-Elect, 1989-90; Board of Governors, 1986-89; Executive Committee, 1987-89; Ethics Committee, 1992-93); Lafayette Trial Lawyers Association (Vice-President, 1983-87; Board of Governors, 1983-87); Association of Trial Lawyers of America - Member: ATLA Board of Governors (2005-2006); ATLA State Delegate (1993-95); and ATLA Sustaining Member, M Club; Civil Justice Foundation; Roscoe Pound Foundation; Lafayette Parish Bar Association (Board of Directors 1987-88); Louisiana State Bar Association (Member: Section on Civil Law and Litigation, and Insurance, Negligence, Compensation, and Admiralty Law; Bench Bar Section: 1999-2000); Lawyer Advertising Committee to re-draft Code of Professional Responsibility Sections dealing with advertising and solicitation: 1991-1994); Member, LSBA Lawyer Advertising Advisory Service Committee (1995 to 2004); and American Bar Association; Lafayette Parish Bar Association (Past participant in "Lawyers in the Classroom" Program); National Institute for Trial Advocacy Advocates Association; American Inns of Court (Acadiana Chapter), 1993-94; The Supreme Court of Louisiana Historical Society; Trial Lawyers for Public Justice Foundation; Judicial Liaison Committee, Louisiana Bar Foundation (1999-2000); Volunteer probation monitor for Louisiana Attorney Disciplinary Board {Appointed by LA Supreme Court} (1999 to date); and Member, Federal Bar Association - Lafayette/Acadiana Chapter.

**PRESENTATIONS/PAPERS/SPEAKING ENGAGEMENTS**: "Discovery Tactics", Trial Tactics from the Experts Seminar (speaker only), Louisiana Trial Lawyers Association, January 29, 1988; "Recent Developments in Practice and Procedure", Louisiana Trial Lawyers Association Seminar, October 21, 1988; "Recent Developments in Practice and Procedure", Louisiana Trial Lawyers Association Seminar, December 9, 1988; "Maritime Tort Law Update", Pre-Convention Retreat Seminar, Louisiana Trial Lawyers Association, September, 1989; "Graphically Illustrating a Defective Product", Holiday Seminar, Louisiana Trial Lawyers Association, December 2, 1989; "Maritime Tort Law Update", Last Chance Seminar, Louisiana Trial Lawyers Association, December 15, 1989; "Damages at Closing Argument", Damages Alert Seminar, Louisiana Trial Lawyers Association, February 9, 1990; "Summation" Trial by Fire Short Course in Civil Litigation, Louisiana Trial Lawyers Association, February 16, 1990; "Demonstrative Evidence", The Ultimate Trial Seminar, Annual Convention Seminar, Louisiana Trial 1990; "Jurisprudential Developments in Damages", Last Chance Seminar, Louisiana Lawyers Association; "Evaluating a Case for Settlement Purposes", Negotiation and Settlement Techniques Seminar, Louisiana Trial Lawyers Association, November 2-3, Trial Lawyers Association, December 13 & 14, 1990; "Jurisprudential Developments in Damages", Louisiana Trial Lawyers Association's Updates in Jurisprudence & Legislation Seminar, February 22, 1991; "Jurisprudential Developments in Damages", Louisiana Trial Lawyers Association's Updates in Jurisprudence & Legislation Seminar, March 8, 1991; "Trial by Fire Short Course in Civil Litigation", (Faculty Member), Louisiana Trial Lawyers Association, March 23, 1991; "Assessing and Prosecuting the Maritime Case", Maritime Personal Injury Litigation in Louisiana Seminar, National Business Institute, September 16, 1992, and September 17, 1992; "Recent Developments in Product Liability" "Yours to Choose" Seminar, Louisiana Trial Lawyers Association, December 29, 1993, Pest Control Operators Legal Liability Issues" (speaker only), Louisiana Pest Control Association, Mid-Winter meeting, January 21, 1994, Baton Rouge, Louisiana; "Ethics and Lawyer Advertising", Lafayette Parish Bar Association, 1994 CLE By the Hour Seminar, December 16, 1994; "Evaluating a Case for Settlement Purposes", Evaluating and Settling Insurance Claims Seminar, Professional Education Systems, Inc., February 8, 1996; "Marketing a Law Practice Does Not Harm the System", La. Bar Journal, No. 43, No. 1, pp 18-21; "Mediation and Medical Liability Claims" (Panel Presentation), The Continuing Medical Education Committee [CME] of Acadiana, Petroleum Club, Lafayette, LA., October 24, 1996; "Courtroom Testimony and Demeanor", (Classroom Presentation) at U.S.L., sponsored by LA. State Board of Private Investigator Examiners, March 1, 1997, and October 3, 1997; "Basics on Seaman Status", Lafayette Parish Bar Association, Annual Maritime Law Seminar, October 1, 1999; "Developing the Strategy

of your Case", [Joint presentation with John Scofield] Tulane Law School, Trial by Masters, December 17, 1999; LSU Legal Negotiation and Professionalism, "Negotiating a Plaintiff's Personal Injury Case", [Oral presentation only], October 11, 2000; "Case Strategy: Plaintiff and Defense Perspectives", [Joint presentation with John Scofield], LTLA, Last Chance Seminar, December 14, 2000; "Basics of Class Certification & Managing Complex Litigation", [Joint presentation with Roger D. Allen], La. State Bar Association for Southeastern Admiralty Law Institute at Pt. Clear, Alabama, June 21, 2002; "The Jones Act U.S. vs. 905(b)", High Stakes on the High Seas, LTLA Maritime Law Conference, New Orleans, LA, August 16, 2002; "Issues Associated with Maritime Workers", 10th Annual Admiralty Symposium, New Orleans, LA, September 6, 2002; "Damages in the Amputation Case", LTLA Annual Convention CLE Program, New Orleans, LA, September 20, 2002; Ethics Panelist (Speaker only), Lafayette Parish Bar Association Seminar - Bench Bar 2002, Natchez, MS, October 11, 2002; Panelist, Class Actions, Workshop for Judges of the Fifth Circuit, Federal Judicial Center, New Orleans, LA, April 3, 2003; LA State Bar Association 4th Annual Class Action Symposium, New Orleans, LA, October 24, 2003, Panel Discussion: Novel Mass Tort Resolution Techniques; "Arguing Damages in the Catastrophic Maritime Case", 2nd Judge Alvin B. Rubin Conference on Maritime Personal Injury Law, LSU Law Center, Baton Rouge, LA, November 13, 2003; "Effective Use of Demonstrative Evidence", Civil Litigation Process in LA State Courts sponsored by LSU Law Center, Embassy Suites Hotel, Baton Rouge, LA, April 16, 2004; Guest lecturer on "Class Actions and Mass torts in the USA" at Summer School in Comparative Law jointly sponsored by Univeresita` Degli` Studi Dell'Insubria, Universita` Degli Studi Di Milano, Universita` Degli Studi Di Bologna, and L.S.U. Law School, at Como, Italy, July 23, 2004; "Jury Versus Non-Jury Trials in Admiralty: Who Decides and How" with Hon. Carl J. Barbier, High Stakes on the High Seas, LTLA Maritime Law Conference, New Orleans, LA, August 13, 2004; "Maritime Law Update", LTLA Post-Legislative Retrat, Carmel, CA, June 30, 2005; guest lecturer, Maritime Personal Injury, class taught by Prof. Frank Maraist, LSU Law School, November 3, 2005; Guest lecturer, Maritime Personal Injury, class of Prof. Frank Maraist, LSU Law School, March 30, 2006; Chairman of Planning Committee, moderator, panel member, (and materials co-author), LSU CLE "Evidence Seminar and Workshop", November 10, 2006; Program Chairman and Moderator, Louisiana Judicial College "Evidence Program", New Orleans, March 15, 2007; Panel Member, "Professionalism - Is Continuing Education the Answer?", John M. Duhe, Jr. Chapter, American Inn of Court, Lafayette, LA, September 13, 2007; Program Chairman, LSU 2nd Annual Civil Trial Evidence Workshop, November 2, 2007; Lafayette Parish Bar Association Seminar, Joint Professionalism program w/Mag. Judge C. Michael Hill, Lafayette, LA, November 28, 2007, and December 4, 2007; Panelist, 6th Judge Alvin B. Rubin Conference on Maritime Personal Injury Law: "Navigating the Labyrinth of a Complex Maritime Case", LSU Paul M. Hebert Law Center, Baton Rouge, LA, March 7, 2008; and guest lecturer, Maritime Personal Injury, class of Prof. Frank Maraist, LSU Law School, April 10, 2008;and Louisiana Association for Justice, "High Stakes on the High Seas Maritime Law Conference," "Wrongful Death Remedies ,", New Orleans, La., August 14, 2009. [joint presentation with Frank X. Neuner, Jr.]

## SIGNIFICANT COMPLEX LITIGATION EXPERIENCE:

Plaintiff Sub-Group Litigation Committee **(MRGO PSLC) Liaison Counsel** for Mississippi River Gulf Outlet (MRGO) Litigation - **"In Re: Katrina Canal Breaches Consolidated Litigation",** United States District Court, Eastern District of LA, Docket No. 05-4182 "K" - Judge Stanwood Duval. Co-leader of trial team obtaining favorable verdict (November,2010) against U.S.Army Corps of Engineers in test case (*Robinson*).

Co-Counsel in *"The Daily Advertiser vs. Trans LA, et al"* - Settlement for over $10 million dollars for over 60,000 natural gas customer for overcharges.

**Lead Counsel** for personal injury and death claimants in *"In Re: The Matter of Mallard Bay Drilling, L.L.C., as Owner and Operator of the Mr. Beldon otherwise Designated Mallard Rig 52, Praying for Exoneration from and/or Limitation of Liability"*; United States District Court, Docket No. CA97-1223 - $6.5 million dollar settlement.(Multi-party litigation involving blowout of well being completed from drill barge)

**Co-Chairman of PLC** *"In RE: Eunice Train Derailment"*; (Railroad Derailment in Eunice, LA and explosion - Class Action settled for $65 million dollars). USDC, WDLA, Judge Haik.

**Co-Liaison Counsel** of P.S.C. and Class Counsel in *"In RE: New Iberia Train Derailment Litigation"*; United States District Court, Western District of LA, Lafayette-Opelousas Division; CA # 00-1097. [Railroad Derailment in New Iberia, LA and chemical leak - Class Action.] [Judge Rebecca Doherty] - $5 million dollar settlement.

*Propulsid MDL 1355* - Firm member was on Executive Committee. Settled for $92 million dollars.

*MDL 1382, 1390* - Burial insurance discriminatory premiums cases. Firm member was **co-lead** and on Executive Committee. National class action. Unitrin and Life of Georgia cases settled for approx. $111 million dollars aggregate.

*Linda Delaney, et al v. Entergy Louisiana;* LPSC Docket No. U-23356, CDC - Parish of Orleans (No. 98-9211). Class of overcharged rate payers. Settled for estimated value of about $40 million dollars.

*Combustion, Inc.*; USDC, Western District of LA, CV Action No. 94-MDL-4000. Firm was **co-lead** Counsel (Toxic Tort class action case), $150 Million Dollar settlement.

*Gracie Atkins, et al v. Harcros Chemicals*; CDC - Parish of Orleans (No. 89-23976); Firm was Co-Lead Counsel (Toxic tort class action case), $52 Million Dollar settlement.

*Richard P. Ieyoub, Attorney General, ex rel. State of Louisiana v. The American Tobacco Company, et al*; Settled through Arbitration; State of LA will receive approximately $4.6 Billion Dollars. Firm was member of the LA Private Attorney General Litigation Team.

*Wilbert Joseph Levier, et al v. Cleco Corporation, et al;* **Class counsel** for overcharged rate payers. $18.5 million dollar settlement for about 240,000 rate payers.

-4-

Exhibit H

# FAYARD & HONEYCUTT
A PROFESSIONAL CORPORATION

519 FLORIDA AVENUE SOUTHWEST
**DENHAM SPRINGS, LA 70726**
Telephone: 225-664-4193
Fax: 225-664-6925
E-Mail: calvinfayard@fayardlaw.com

**FAYARD & HONEYCUTT** is a professional law corporation specializing in General Civil Practice with an emphasis on Toxic Tort, Environmental and Class Action cases, and Tobacco Litigation. The firm also handles Personal Injury, Family Law, Probate, Administrative Law, Collections, and conducts Trials in all State and Federal Courts. The firm currently comprises three attorneys and a variety of support staff. **CALVIN C. FAYARD, JR.** and other attorneys exhibited foresight and ingenuity in 1994 when they combined the collective resources of over sixty law firms to take on the tobacco companies. This litigation, known as *Castano*, created a new approach to tobacco litigation by joining forces. These efforts against U.S.-based tobacco companies resulted in historic settlements between the states and/or individuals and the tobacco industry.

**Calvin C. Fayard, Jr.:** Graduated Louisiana State University Paul M. Hebert Law Center; Founding member, **Calvin C. Fayard, Jr., APC**, (Martindale-Hubbell rating "AV") successor firm to Fayard, Morrison, Fayard and Kuhn, APC, (1976) with former partners now the Honorable Robert H. Morrison, III, Judge, Twenty-First Judicial District Court, and the Honorable James E. Kuhn, Judge, First Circuit Court of Appeal for the State of Louisiana. Senior partner, founding member, **Fayard and Honeycutt, APC.** (1993)

| | |
|---|---|
| Admitted: | Louisiana State Bar, 1969 |
| | Colorado State Bar, 1992 |
| | Michigan State Bar, temporary admission, 1989 |
| | Wyoming State Bar, 1995 |
| | United States District Court, Eastern, Western and Middle Districts of Louisiana |
| | United States Fifth Circuit Court of Appeal |
| | United States Third Circuit Court of Appeal, 1996 |
| | Supreme Court of the United States of America, 1978. |
| | |
| Member: | Louisiana Bar Association |
| | Louisiana Supreme Court Committee on Complex Litigation (1995 to present) |
| | 21st Judicial Bar Association, Past President |
| | American Bar Association |
| | Association of Trial Lawyers of America, Board of Directors (1996-1999) |
| | Louisiana Trial Lawyers Association, Past President (1995-1996) |

Public Offices:

Elected Delegate Louisiana Constitutional Convention, 1973
First Assistant District Attorney for the Twenty-First Judicial District Court, State of Louisiana, 1973-1978
City Attorney, Denham Springs, Louisiana, 1978-1991

Honors/Awards:

Ogden Museum Board of Trustees
Tuscaloosa Commerce Bank, Past Chairman, Board of Directors
Tuscaloosa BancShares, Inc., Past Chairman, Board of Directors
Louisiana State University Foundation, Member
Louisiana State Bar Foundation, Member
Southeastern Louisiana University Golden Ambassador Award, 2000

Published:

Louisiana State University Law School - "The Louisiana Class Action", LOUISIANA
LAW REVIEW, Vol. 58, Charles S. McCowan, Jr. and Calvin C. Fayard, Jr. (1998)

Contributing Author, "Complex Litigation Bench Book Manual" for Supreme Court,
State of Louisiana (1997)

Lecturer:

"Complex Litigation Seminar," LSU Law Center, Baton Rouge, LA (2002)

"A Medley of Key Issues in Insurance Law,"Hyatt Regency, New Orleans, LA (2000)

"Update on Class Actions", 1998 Summer School for Judges, Sandestin, FL (1998)

"Recent Legislative Developments," Tort Reform Seminar, LSU Law Center, Class
Action & Complex Litigation in State Courts, Baton Rouge, LA (1998)

"The Big Suit," Seminar:  Bench Bar Conference, Baton Rouge Bar Association,
Perdido Beach Resort, FL  (1996)

"The Data Base - Organization of Claimant Information," Seminar: Addiction on
Trial: The Next Step in Tobacco Litigation, Palm Beach, FL (1995)

"Toxic Torts Update,"  LTLA Last Chance Seminar,  New Orleans, LA (1994)

"Complex Litigation, Practical Issues for the Plaintiff," CLE By the Hour - Year End
Program Seminar, Baton Rouge Bar Association,  Baton Rouge, LA (1994)

"Medical Device Litigation - The Data Base, A Useful Tool in Medical Device
Litigation," Seminar: Medical Devices Litigation: New Solutions - New Problems,
Andrews Publications, Philadelphia, PA (1994)

"Settlement/Mediation/Allocation," Seminar:  The Big Case, Tulane Law School,
New Orleans, LA (1993)

"Innovations in Document Handling or Fighting the Paperwork War in Mass Tort
Litigation," LTLA Last Chance Seminar, New Orleans, LA (1990)

Experience and background in mass tort and class action:

Calvin C. Fayard, Jr. possesses extensive experience and background in toxic tort, product liability, and mass disaster litigation spanning the past twenty years with cases involving train derailments, plant explosions, tank car explosions, toxic waste dump sites, toxic emissions, and product liability, including breast implants, spinal screws, tobacco products and pharmaceutical drugs. His primary role in these cases has been as a member of plaintiffs' steering committee or sub-committee charged with all or one of the following: the procedural and substantive aspects of class certification including class-wide notice; claims accumulation; processing and evaluation through standardized forms constructed and implemented at his direction; computerization of the claims forms and claimant information; establishing claims offices; and settlement negotiations. He also specializes in individual claims evaluation and allocation for settlement purposes. He is experienced in the distribution process and appellate level work on all of the above. He has chaired or co-chaired numerous state and national settlement committees.

Major multi-party case experience:

1.   *Livingston Parish Police Jury, et al v. Illinois Central Gulf Railroad, et al*, (1982), Suit No. 40,049, Twenty-First Judicial District Court, Parish of Livingston, State of Louisiana; involving 3,500 class members; served as Chairman of Plaintiffs' Steering Committee (ten members), and Co-Lead Trial Counsel. Certified as a class. Settled during jury selection for nearly $40 million.

2.   *Henry L. Johnson, et al v. Lincoln Creosote, Co., Inc., et al*, (1986), Suit No. 70,481, Twenty-Sixth Judicial District Court, Parish of Bossier, State of Louisiana, serving as Co-Chairman of informal Plaintiffs' Legal Committee (three members). Certified class action involving approximately 2,100 claimants. Settled for $32 million.

3.   *In re: Combustion, Inc.*, (1986), United States District Court, Western District of Louisiana as 94MDL4000; certified class action litigation involving over 10,000 class members arising out of a toxic waste dump site in the Parish of Livingston; serving as Liaison and Settlement Counsel for the Plaintiffs' Steering Committee (eight members). Certified as a class. Settled for over $130 million.

4.   *Leonard Adams, et al v. Norfolk Southern Corporation, et al*, (1987), New Orleans Civil District Court, No. 88-17788, Div. "D," certified class action litigation with over 6,000 class members stemming from the GATX tank car explosion of 1987; currently serving as committee member of the Plaintiffs' Management Committee (thirteen members). Certified as a class. Settled.

5.   *In Re: Shell Oil Refinery*, (1989), Civil Action No. 88,1935, Section "I", United States District Court, Eastern District of Louisiana, certified class action litigation involving the Shell Norco plant explosion involving over 18,000 class members; served as a member of the Plaintiffs' Legal Committee (nine members). Certified as a class. Settled for $160 million.

6.     *Dorothy S. McKeithen, Individually and on Behalf of Her Deceased Husband, Charles F. McKeithen v. The S. S. Frosta, The M/V George Prince, A/S J.L. Mowinkels Rederi, and the Department of Highways of the State of Louisiana*, Civil Action No. 76-3251, United States District Court, Eastern District of Louisiana, consolidated with *In the Matter of A/S J. Ludwig Mowinkels Rederi, as owner of the M/t Frosta, Petitioning for Exoneration From or Limitation of Liability*, Civil Action No. 76-3275, Section "C", and *In the Matter of the Department of Highways, State of Louisiana, ex rel William J. Guste, Jr., Attorney General, as Owner of the M/V George Prince, Petitioning for Exoneration From or Limitation of Liability*, Civil Action No. 76-3654, Section "C", and all cases consolidated therewith, United States District Court, Eastern District of Louisiana, consolidated cases. Co-Plaintiffs' Trial Counsel for an individual case. Tried to a successful verdict.

7.     *In re: Exxon Explosion Cases*, (1989), United States District Court, Middle District of Louisiana, Master Docket No. 1, All cases, consolidated action involving over 700 plaintiffs and stemming from the 1989 Exxon Christmas explosion; served on the Plaintiffs' Settlement Committee (eight members). Consolidated cases. Settled.

8.     *Gracie S. Atkins, et al v. Harcross Chemicals, Inc., et al*, (1989), Civil District Court for the Parish of Orleans, State of Louisiana, Division C, all cases consolidated with No. 89-23976, certified class action case involving the escape of chemicals from a pesticide and herbicide manufacturer in New Orleans involving over 3,000 claimants; Chairman of the Plaintiffs' Steering Committee (seven members). Settled after jury seated for approximately $52 million.

9.     *In Re: 1993 Exxon Coker Fire Litigation*, (1993), United States District Court, Middle District of Louisiana, arising out of the explosion and fire at the Exxon Refinery in Baton Rouge on August 2, 1993; appointed to serve as Liaison Counsel for the Plaintiffs' Steering Committee (eleven members). Pending.

10.    *In Re: Exxon Chemical Plant Fire*, (1994), United States District Court, Middle District of Louisiana, arising out of the explosion and fire at the Exxon Chemical Plant in Baton Rouge on August 8, 1994; appointed to serve as Liaison Counsel for the Plaintiffs' Steering Committee (eighteen members). Pending.

11.    *Marzell Ike Dumas et al v. Angus Chemical, et al*, (1991), Fourth Judicial District Court Parish of Ouachita, No. 92-1707, mass tort, certified class action arising from the May 1, 1991, IMC Fertilizer Plant Explosion in Sterlington, Louisiana, involving approximately 1,300 class members; served as court appointed member of Plaintiffs' Committee (eight members). Spearheaded settlement negotiations. Settled for approximately $86 million.

12.    *In Re: Silicone Gel Breast Implant Multi-District Litigation*, (1992), Master File No. CV-92-P-10000-S, pending in the United States Federal District Court, Northern District of Alabama; currently serving as co-liaison counsel for the State of Louisiana. Certified as a settlement class. Settled with solvent defendants.

13. *In Re: Pedicle Screw Product Liability Litigation*, (1994), United States District Court, Eastern District of Pennsylvania, MDL Docket No. 1014, arising out of the implantation of allegedly defective orthopaedic device called the Pedicle Screw; appointed to serve on the MDL transferee court appointed Plaintiffs' Legal Committee (nine members). Consolidated cases. Partially settled for over $100 million.

14. *In Re: Copley Pharmaceutical "Albuterol" Products Liability Litigation*, (1994), MDL Docket No. 1013, arising from the contamination by the manufacturer of an inhalant used by asthmatics; Served on Executive Committee of the Plaintiffs' Steering Committee (fifteen members). Certified as a national class action. Tried to conclusion. Settled prior to verdict.

15. *Castano, et al v. The American Tobacco Co., et al*, (1994), United States District Court, Eastern District of Louisiana, CA No. 94-1044; involving a proposed nationwide class action against the tobacco industry for products liability and fraudulent misrepresentations; currently serving on Executive Committee of the Plaintiffs' Steering Committee (fifty-five members). Certified as a national class action. Class certification reversed by the United States Fifth Circuit Court of Appeal. California action settled for several billion dollars. Louisiana action in trial.

16. *In Re: Telectronics Accufix Atrial (J) Pacing Leads Product Liability Litigation*, (1995), MDL Docket No. 1057, arising out of the implantation of heart pacemaker devices using J-shaped accufix atrial pacemaker leads; currently serving on Plaintiffs' Steering Committee. Certified as a national class action. Settled.

17. *In Re Chemical Release at Bogalusa*, (1995), 22nd Judicial District Court, Parish of Washington, State of Louisiana, No. 73,341, arising out of a tank car explosion at the Gaylord Chemical Plant in Bogalusa, Louisiana, involving approximately 16,000 claimants; currently serving on the Plaintiffs Legal Committee. Certified as a class action. Settled.

18. *Morris Laiche, et al. V. Koch Nitrogen Company*, (1995), Suit No. 44,840, Twenty-Ninth Judicial District Court, Parish of St. Charles, State of Louisiana, serving as member of the Plaintiffs' Steering Committee (ten members); Spearheaded settlement. Consolidated cases stemming from the emission of ammonia at the Koch Nitrogen Company plant in 1995, involving 11,500 claimants. Settled for $35 million.

19. *In Re: Eunice Train Derailment*, (2000), United States District Court, Western District of Louisiana, CA No. 00-1267; arising from the train derailment and release of hazardous substances in Eunice, Louisiana; appointed to serve as Liaison Counsel for the Plaintiffs' Liaison Committee (seventeen members). Settled.

20. *Warren Ward and Denise Ward v. CF Industries, Inc., and Turner Industries, Inc.*, (2000), Twenty-Third Judicial District Court, Parish of St. James, State of Louisiana; arising from the explosion and release of materials at the CF Industries facility on May 24, 2000; appointed as Co-Liaison Counsel for the Plaintiffs' Steering Committee (eleven members). Settled.

21.    *In Re: Eunice Train Derailment*, (2000), United States District Court, Western District of Louisiana, CA No. 00-1267; arising from the train derailment and release of hazardous substances in Eunice, Louisiana; appointed to serve as Liaison Counsel for the Plaintiffs' Liaison Committee. Settled.

22.    *In Re: Amite Train Derailment*, (2002), United States District Court, Eastern District of Louisiana, CA No. 1531; arising from a trail derailment and release of chemicals and evacuation; appointed to serve as Liaison Counsel for the Plaintiffs' Liaison Committee. Settled.

23.    *In Re: Juanita Thibodeaux v. ConocoPhillips Company, et al*, (2003), 14th Judicial District Court, Parish of Calcasieu, Suit No.2003-481; involving thousands of claimants and stemming from the explosion and release of chemicals and the Conoco facility in Lake Charles. Settled.

24.    *Kirk Petska, et al. v. Illinois Central Railroad Company, d/b/a Canadian National/Illinois Central Railroad, and Erico Products*. (2003) Civil Action No. 04-L-27; Twentieth Judicial Circuit, Perry County, Illinois. Class action for damages due to train derailment in Tamaroa, Illinois. Settled.

25.    *Gladys Chehardy, et al. v. Louisiana Insurance Commissioner J. Robert Wooley, et al.*, (2005) Civil Action No. 05-1140; United States District Court, Middle District of Louisiana, consolidated with In Re: Katrina Canal Breaches Consolidated Litigation (2005) Civil Action No. 05-4182; United States District Court, Eastern District of Louisiana. Appointed as Insurance Liaison Counsel. Pending.

26.    *Anne Z. Kiefer, et al. v. Allstate, et al.*,(2006) Civil Action No. 06-5370, Section K, United States District Court, Eastern District of Louisiana, consolidated with In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182.   Mass joinder suit filed for damages as a result of damages caused by Hurricane Katrina.

27.    *Norman Robinson, et al. v. The United States of America and the United States Army Corps of Engineers*, Civil Action No. 06-2268, Section K, United States District Court, Eastern District of Louisiana, consolidated with In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182.   Complaint for damages filed against the Army due to failure of the Mississippi River Gulf Outlet and various levees during Hurricane Katrina. Pending.

28.    *Gloria Arthur, et al. v. The Standard Fire Insurance Company, et al.*, (2009) Civil Action No. 09-7332. United States District Court, Eastern District of Louisiana. Settlement class regarding Hurricane Katrina insurance recovery. Appointed Class Counsel.

**D. Blayne Honeycutt**:  Founding member, Partner, **Fayard & Honeycutt, APC**. (1993) successor firm to Fayard, Harris & Honeycutt, APC, (1988).  Graduated from Louisiana State University Paul M. Hebert Law Center.  Practice Areas:  Personal Injury Litigation, Commercial Litigation, and Class Action Litigation

| | |
|---|---|
| Admitted: | Louisiana State Bar, 1987 |
| | U.S. District Court for the Eastern, Middle and Western Districts of Louisiana |
| | United States Fifth Circuit Court of Appeal. |

| | |
|---|---|
| Member: | Livingston Parish Bar Association |
| | East Baton Rouge Parish Bar Association |
| | 21st Judicial District Bar Association, Past President |
| | Louisiana State Bar Association |
| | American Bar Association |
| | Louisiana Trial Lawyers Association |

Public Offices:

Assistant District Attorney, 21st Judicial District
Livingston Parish Attorney
Special Assistant to the Louisiana Attorney General, 1991

**Wanda J. Edwards**:    Graduated Southern University Law Center, Magna Cum Laude, 2001; Practice areas: Class Action Lawsuits, Toxic Tort, Environmental Litigation, Personal Injury.

| | |
|---|---|
| Admitted: | Louisiana State Bar, 2001 |
| | United States District Courts, Eastern, Western, and Middle Districts of Louisiana |
| | United States Fifth Circuit Court of Appeal |

| | |
|---|---|
| Member: | Louisiana State Bar Association |
| | Baton Rouge Bar Association |
| | 21st Judicial District Bar Association |
| | Federal Bar Association |
| | American Bar Association |
| | Louisiana Trial Lawyers Association |

**Contact Information:**

Fayard & Honeycutt
519 Florida Avenue, S.W.
Denham Springs, LA 70726
E-mail: calvinfayard@fayardlaw.com
Phone: (225) 664-4193
Fax:    (225) 664-6925
Executive Secretary: Jennifer Forbes
E-mail: jennifer@fayardlaw.com